IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ARNOLD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 16-4103 |
| Defendants. | : | |

# **ORDER**

AND NOW, on **May 31, 2017**, upon consideration of the Motion for Judgment on the Pleadings of Defendant, Police Officer Jimmy Gist (doc. 46), plaintiff Stewart Arnold's Response (doc. 54), and Gist's Reply (doc. 55), it is ORDERED that Gist's Motion is GRANTED. See Fed. R. Civ. Pro. 12(c). All claims against Defendant Gist are DISMISSED pursuant to Fed. R. Civ. Pro. 54(b).

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE