# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ARNOLD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | No. 16-4103 |

## ORDER

AND NOW, on December 19, 2017, upon consideration of Defendants' Motion for Summary Judgment (doc. 67), Plaintiff's Response (doc. 70), Defendants' Reply (doc. 71), and Plaintiff's Sur-Reply (doc. 72), and in accordance with the accompanying memorandum opinion, it is ORDERED that:

1. summary judgment is GRANTED as to ALL CLAIMS against Defendants City of Philadelphia, Victor Valenzona, and Confidential Informant 013338, and therefore those defendants are DISMISSED from this case;

2. summary judgment is GRANTED as to COUNT IV (unlawful search and seizure);

3. summary judgment is GRANTED as to COUNT VIII (assault and battery);

4. summary judgment on the remaining claims (Counts V, VI, and VII) against Defendants Campbell, Eleazer, McKnight, Mouzon, and Towman is DENIED; and

5. the Clerk of Court is DIRECTED to amend the case's Caption to include only Defendants Campbell, Eleazar, McKnight, Mouzon, and Towman.

                                                BY THE COURT:

                                                */s/ Timothy R. Rice*
                                                TIMOTHY R. RICE
                                                U.S MAGISTRATE JUDGE